Honore Haly, appellee, v. Decatur Yellow Cab Company, Inc., appellant. Gen. No. 9,037.

Opinion filed April 16, 1937.

McMillen, McMillen & Garman, for appellant. LeForgee, Samuels & Miller, for appellee.

Mr. Justice Davis delivered the opinion of the court.